UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KISS NAIL PRODUCTS, INCORPORATED,      : Case No. 10-CV-2092 (LDW)(AKT)
              Plaintiff,               :
                                       :
   – against –                         :
                                       :
PACIFIC WORLD CORPORATION,             : **STIPULATION AND ORDER**
                                       :
              Defendant.               :
-----------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendant Pacific World Corporation to file its motion to dismiss the complaint, set by the Court's Order, dated July 27, 2010, for August 19, 2010, be held in abeyance in light of the parties' agreement in principle to settle this matter in its entirety. Having reached an oral agreement to settle, the parties respectfully request an adjournment of two (2) weeks, until September 2, 2010, to finalize the terms of the settlement and stipulate to the dismissal of the complaint. This is the second request for both parties for an extension of time and, in both instances, the Court granted those prior requests.

Dated: New York, New York
       August 17, 2010

| DORSEY & WHITNEY LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: _/s/_ | By: _/s/_ |
| Gary Abelev (GA-7934) | Mary E. Mulligan (MM-9999) |
| Robert M. Wasnofski, Jr. (RW-6856) | 1633 Broadway, 46th Floor |
| Gianfranco G. Mitrione (GM-8618) | New York, New York 10019-6708 |
| 250 Park Avenue | (212) 833-1100 |
| New York, New York 10177 | |
| (212) 415-9200 | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |
| Kiss Nail Products, Incorporated | Pacific World Corporation |

SO ORDERED.

_____
HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE